

# COURT OF APPEALS

CATHERINE STONE
 CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
 JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

April 01, 2013

Adriana Benavides Maddox
1015 Scott Street
Laredo, TX 78040

Jesse Guillen
1308 San Agustin
Laredo, TX 78040

Baldemar Garcia, Jr.
602 E. Calton Rd. 2nd Floor
P.O. Drawer 6668
Laredo, TX 78041

Julio Garcia Jr.
5829 Northgate Lane
Laredo, TX 78041

Esther Degollado
District Clerk, Webb County
1110 Victoria, Ste 202
Laredo, TX 78042

James M. McNeel
711 Navarro, Suite 600
San Antonio, TX 78205

Guadalupe Castillo
1407 Washington St.
P.O. Box 627
Laredo, TX 78040

Jesus Garza
Judge, County Court At Law No. 2
Webb County Justice Center
1110 Victoria Street, Suite 404
Laredo, TX 78040

Carlos M. Zaffirini Sr.
1407 Washington Street
P.O. Box 627
Laredo, TX 78040

James H. Pearl
9311 San Pedro
suite 707
San Antonio, TX 78216

RE:     Court of Appeals Number:     04-13-00012-CV
        Trial Court Case Number:     2012CVG001995-C1
        Style:   In re Leticia Benavides, Relator

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Jennifer Saenz
Deputy Clerk, Ext. 53221



# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2013

No. 04-13-00012-CV

**IN RE** Leticia **BENAVIDES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                    Sandee Bryan Marion, Justice
                    Rebeca C. Martinez, Justice

On January 8, 2013, Relator Leticia Benavides filed a petition for writ of mandamus. The court has considered Relator's petition for writ of mandamus, the responses, and the motions filed in this proceeding and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and all other relief sought are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on April 1, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012CVG001995-CI, styled *In the Matter of the Marriage of Carlos Y. Benavides, Jr. and Leticia R. Benavides*, pending in the County Court at Law No. 2, Webb County, Texas, the Honorable Jesus Garza presiding.

*MINUTES*
Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas


April 1, 2013

No. 04-13-00012-CV

**IN RE** Leticia **BENAVIDES**

Original Mandamus Proceeding[2]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Rebeca C. Martinez, Justice

      On January 8, 2013, Relator Leticia Benavides filed a petition for writ of mandamus. The court has considered Relator's petition for writ of mandamus, the responses, and the motions filed in this proceeding and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and all other relief sought are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.


It is so **ORDERED** on April 1, 2013.

                               /s/Catherine Stone
                               Catherine Stone, Chief Justice


      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2013.


                               /s/Keith E. Hottle
                               Keith E. Hottle
                               Clerk of Court


ENTERED THIS 1ST DAY OF April, 2013.

---

[2] This proceeding arises out of Cause No. 2012CVG001995-CI, styled *In the Matter of the Marriage of Carlos Y. Benavides, Jr. and Leticia R. Benavides*, pending in the County Court at Law No. 2, Webb County, Texas, the Honorable Jesus Garza presiding.